

# O'MELVENY & MYERS LLP

BEIJING

BRUSSELS

CENTURY CITY

HONG KONG

JAKARTA†

LONDON

NEWPORT BEACH

NEW YORK

400 South Hope Street
Los Angeles, California 90071-2899

TELEPHONE (213) 430-6000
FACSIMILE (213) 430-6407
www.omm.com

SAN FRANCISCO

SEOUL

SHANGHAI

SILICON VALLEY

SINGAPORE

TOKYO

WASHINGTON, D.C.

WRITER'S DIRECT DIAL
(213) 430-6189

WRITER'S E-MAIL ADDRESS
ryagura@omm.com

October 28, 2013

Daniel E. O'Toole
Circuit Executive & Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

> **Re:**   *Ericsson, Inc. v. D-Link Systems, Inc., Nos. 13-1625, 13-1631, 13-1632, 13-1633*

Dear Mr. O'Toole:

The above-captioned appeals have been noticed in this matter, but none has been briefed. We wish to apprise the Court of one ancillary proceeding to this appeal, to avoid potential confusion as the case proceeds.

On June 12, 2013, while the matters above were pending in district court and before the jury reached a verdict in the first phase of multiple trials, plaintiffs Ericsson Inc. and Telefonaktiebolaget LM Ericsson and one of the defendants in these matters, Belkin International, Inc., informed the district court, on the record, that the Ericsson and Belkin parties had reached a settlement agreement. ECF No. 578, 6/12/2013 6:49 p.m. Trans. 4:19-24, 5:25-6:6 (E.D. Tex. No. 6:10-cv-473). After this settlement agreement was announced, Belkin withdrew from the joint-defense group and participated no further in the district court litigation or in the various appeals that have now been filed in this matter.

The parties' agreement contemplated the Belkin and Ericsson parties dismissing, with prejudice, all of their claims against one another in this federal litigation, once the long-form settlement agreement was finalized. The Belkin and Ericsson parties have worked to resolve the details of that agreement, but they have been unable to resolve all details and have submitted their remaining dispute to JAMS arbitration.   .

In the interim, the parties other than Belkin have filed the above-captioned appeals. Once the Belkin-Ericsson arbitration is complete (and it is too early to give a precise estimate of when that will be), Belkin will provide an additional update, if and as needed, to this Court.

///

† In association with Tumbuan & Partners

O'MELVENY & MYERS LLP
October 28, 2013 - Page 2

The Ericsson and Belkin parties filed a similar statement with the district court.

Sincerely,

Ryan Yagura
of O'Melveny & Myers LLP
*Attorneys for Belkin*

cc:    Counsel for the Parties in the Above-Referenced Appeals

OMM_US:71841485.3