**2013-1625, -1631, -1632, -1633**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

*Plaintiffs-Appellees*,

v.

D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and GATEWAY, INC.,

*Defendants-Appellants*,

and

DELL, INC.,

*Defendant-Appellant*,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
and TOSHIBA CORPORATION,

*Defendants-Appellants*,

and

INTEL CORPORATION,

*Intervenor-Appellant*,

and

BELKIN INTERNATIONAL, INC.,

*Defendant*.

Appeals from the United States District Court for the Eastern District of Texas
in case no. 10-CV-0473, Chief Judge Leonard Davis.

**MOTION OF PLAINTIFFS-APPELLEES ERICSSON
TO ADD WI-FI ONE, LLC AS AN APPELLEE**

July 20, 2014                                          *(Counsel Listed on Next Page)*

Douglas A. Cawley
   *Principal Attorney*
Theodore Stevenson, III
Warren Lipschitz
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

John B. Campbell
Kathy H. Li
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700

John M. Whealan
4613 Merivale Road
Chevy Chase, MD 20815
(202) 994-2195

*Attorneys for Plaintiffs-Appellees,
Ericsson Inc. and Telefonaktiebolaget LM
Ericsson*

Pursuant to Federal Rule of Appellate Procedure 27 and Federal Circuit Rule 27, Plaintiffs-Appellees Ericsson, Inc. and Telefonaktiebolaget LM Ericsson (collectively, "Ericsson") respectfully move to add Wi-Fi One, LLC ("Wi-Fi One") as an appellee, and state as follows:

I. **GROUNDS FOR MOTION AND RELIEF SOUGHT**

The patents at issue in the present appeals are U.S. Patent Nos. 6,466,568, 6,772,215, and 6,424,625 (collectively, the "patents-in-suit"). During the pendency of the district court proceedings, at the time final judgment was entered by the district court, at the time the notice of appeals were filed, and at the time the present appeals were docketed, briefed, and heard at oral argument, the patents-in-suit were assigned to Ericsson. After the oral argument, Telefonaktiebolaget LM Ericsson assigned the patents-in-suit to Wi-Fi One, but retained the right to sue and collect damages for past infringement. As a result of the assignment, Wi-Fi One holds title to the patents-in-suit and should be joined as a party to this appeal.

Ericsson and Wi-Fi One both have standing and are proper parties to this appeal. As the Court in *Mas-Hamilton Group v. LaGard, Inc.* stated, "the exception [to the rule that the plaintiff must be the person in whom title to the patent resided at the time of the infringement] is where the assignment of a patent is coupled with an assignment of a right of action for past infringements." 156 F.3d 1206, 1210 (Fed. Cir. 1998) (permitting a successor-in-interest to pursue

appeal as co-appellant with the owner of the patent at the time of judgment). Thus, Ericsson has moved to join Wi-Fi One, the current owner of the patents-in-suit, as an appellee. *See also Crown Die & Tool Co. v. Nye Tool & Machine Works*, 261 U.S. 24, 39-40 (1923) ("The remaining question is whether the instrument relied on by the plaintiff below gave it the right to sue in its own name in this case for damages for past infringements. We think not. The plaintiff below could not bring such a suit for past infringements without joining with it the owner of the patent when the infringements were committed.")

In *Synthes USA, LLC v. Spinal Kinetics, Inc.*, the patent-in-suit was assigned to Synthes USA, LLC ("Synthes") during the district court proceedings through final judgment and at the time the appeal was docketed. 734 F.3d 1332, 1335 n.1 (2013). After the appeal briefing was completed but before oral argument, Synthes assigned the patent-in-suit to DePuy Synthes Products, LLC ("DePuy"). *Id.* Thus, DePuy was added as a party to the appeal. *Id.* As in *Synthes*, Ericsson assigned the patents-in-suit to Wi-Fi One during pendency of the appeal. Accordingly, Ericsson hereby respectfully moves to add Wi-Fi One as an appellee.

The briefing in the present appeal has been completed, and the oral argument was held on June 5, 2014. The addition of Wi-Fi One would have no impact on the present schedule. Wi-Fi One would not seek any additional briefing or make any additional arguments apart from those made by Ericsson.

## II. STATEMENT REGARDING DEFENDANTS-APPELLANTS

Counsel for Ericsson has contacted counsel for Defendants-Appellants to determine whether Defendants-Appellants opposed Ericsson's motion. Defendants-Appellants Intel Corporation ("Intel") from Appeal No. 2013-1366, Dell, Inc. and Gateway, Inc. (collectively, "Dell") from Appeal No. 2013-1361, and Toshiba American Information Systems, Inc. and Toshiba Corporation (collectively, "Toshiba") from Appeal No. 2013-1262 have stated that they take no position on Ericsson's motion. The other Defendants-Appellants, D-Link Systems, Inc. ("D-Link"), Netgear, Inc. ("Netgear"), and Acer, Inc. and Acer American Corporation (collectively, "Acer") from Appeal No. 2013-1625, have not provided a response before Ericsson filed its motion.

## III. CONCLUSION

For the foregoing reasons, Wi-Fi One should be added as an appellee.

# CERTIFICATE OF INTEREST

Ericsson, Inc., Telefonaktiebolaget LM Ericsson certify the following:

1. The full name of every party represented by me is:

    Ericsson Inc. and Telefonaktiebolaget LM Ericsson

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Ericsson Inc., Telefonaktiebolaget LM Ericsson, and Wi-Fi One, LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

    Ericsson Inc. is wholly-owned by Ericsson Holding II Inc., which in turn is wholly-owned by Telefonaktiebolaget LM Ericsson. Telefonaktiebolaget LM Ericsson is publicly held and trades in the United States through American Depository Receipts under the name LM Ericsson Telephone Company.

4. The names of all law firms and the partners or associates that appeared for the party represented by us in the trial court or are expected to appear in this Court are:

    <u>McKool Smith P.C.</u>: Theodore Stevenson, III, Douglas A. Cawley, Samuel F. Baxter, John B. Campbell, Jr., Ada E. Brown (no longer at McKool Smith P.C.), Ashley N. Moore, Brandon M. Jordan, Holly E. Engelmann, Jason A. Blackstone, Justin T. Nemunaitis (no longer at McKool Smith P.C.), Kathy H. Li, Kevin L. Burgess, Ryan A. Hargrave, Travis E. DeArman (no longer at McKool Smith P.C.)

    John M. Whealan

Dated:   July 20, 2014                   /s/ *Douglas A. Cawley*
                                         Douglas A. Cawley

Dated: July 20, 2014  /s/ *Douglas A. Cawley*
Douglas A. Cawley
   *Principal Attorney*
Theodore Stevenson, III
Warren Lipschitz
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
(214) 978-4000

John B. Campbell
Kathy H. Li
MCKOOL SMITH, P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
(512) 692-8700

John M. Whealan
4613 Merivale Road
Chevy Chase, MD 20815
(202) 994-2195

*Attorneys for Plaintiffs-Appellees,
Ericsson Inc. and Telefonaktiebolaget LM Ericsson*

2013-1625,-1631,-1632, -1633

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

        *Plaintiffs-Appellees*,

    v.

D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and GATEWAY, INC.,

        *Defendants-Appellants*,

    and

DELL, INC.,

        *Defendant-Appellant*,

    and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
and TOSHIBA CORPORATION,

        *Defendants-Appellants*,

    and

INTEL CORPORATION,

        *Intervenor-Appellant*,

    and

BELKIN INTERNATIONAL, INC.,

        *Defendant*.

Appeals from the United States District Court for the Eastern District of Texas
in case no. 10-CV-0473, Chief Judge Leonard Davis.

**DECLARATION OF DOUGLAS A. CAWLEY**

1. I, Douglas A. Cawley, hereby declare that I am a principal in the law firm of McKool Smith, P.C., and a member of the Bar of this Court. I represent Plaintiffs-Appellees Ericsson Inc., Telefonaktiebolaget LM Ericsson, and Wi-Fi One, LLC.

2. All of the facts set out in Ericsson's motion relating to adding Wi-Fi One, LLC as an appellee are true and correct and are based on my personal knowledge.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   July 20, 2014            /s/ *Douglas A. Cawley*
                                  Douglas A. Cawley

2013-1625,-1631,-1632, -1633

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ERICSSON, INC. and
TELEFONAKTIEBOLAGET LM ERICSSON,

        *Plaintiffs-Appellees*,

v.

D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION, and GATEWAY, INC.,

        *Defendants-Appellants*,

and

DELL, INC.,

        *Defendant-Appellant*,

and

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
and TOSHIBA CORPORATION,

        *Defendants-Appellants*,

and

INTEL CORPORATION,

        *Intervenor-Appellant*,

and

BELKIN INTERNATIONAL, INC.,

        *Defendant*.

Appeals from the United States District Court for the Eastern District of Texas
in case no. 10-CV-0473, Chief Judge Leonard Davis.

## ORDER

Before the Court is the Motion of Plaintiffs-Appellees Ericsson to Add Wi-Fi One, LLC as an Appellee. Upon consideration thereof, it is ORDERED that the motion is GRANTED.

             FOR THE COURT

Date:

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July 2014, I filed the foregoing Motion using the Court's CM/ECF system, which will provide notification to all registered users.

Dated: July 20, 2014

/s/ *Douglas A. Cawley*
Douglas A. Cawley