NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ERICSSON, INC.,
TELEFONAKTIEBOLAGET LM ERICSSON,** AND **WI-FI ONE, LLC,**
*Plaintiffs-Appellees,*

v.

**D-LINK SYSTEMS, INC., NETGEAR, INC., ACER, INC.,
ACER AMERICA CORPORATION,** AND **GATEWAY, INC.,**
*Defendants-Appellants,*

AND

**DELL, INC.,**
*Defendant-Appellant,*

AND

**TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**
AND **TOSHIBA CORPORATION,**
*Defendants-Appellants,*

AND

**INTEL CORPORATION,**
*Intervenor-Appellant,*

AND

**BELKIN INTERNATIONAL, INC.,**
*Defendant.*

---

2013-1625, -1631, -1632, -1633

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0473, Judge Leonard Davis.

---

**ON MOTION**

---

Before O'MALLEY, TARANTO, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Appellees Ericsson, Inc. and Telefonaktiebolaget LM Ericsson move to add Wi-Fi One, LLC as an appellee in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

| July 22, 2014 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |