# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF ENTRY OF
## JUDGMENT ACCOMPANIED BY OPINION

OPINION FILED AND JUDGMENT ENTERED: 12/04/2014

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Pavan Kumar Agarwal
Adam R. Alper
Greg Arovas
Dan L. Bagatell
Scott D. Baker
Marta Y. Beckwith
Jeffrey Blumenfeld
Roger Brooks
Richard M. Brunell
John Bruce Campbell
Douglas Aaron Cawley
Thomas Andrew Culbert
Ethan P. Davis
Donald Manwell Falk
John Joseph Feldhaus
Mark Christopher Fleming
Lauren B. Fletcher
Shaun William Hassett
Steven A. Hirsch
Steven C. Holtzman
Doyle Bruce Johnson
Daryl Joseffer
David E. Killough
Eileen M. Lach
William F. Lee
Kathy Hsinjung Li
Michael Anthony Lindsay
Warren Lipschitz

James Christopher Martin
Jonah D. Mitchell
Christine M. Morgan
Joseph J. Mueller
Michael J. Newton
Dwayne C. Norton
John C. O'Quinn
Eugene Morris Paige
James Quarles III
Matan Shacham
Barry Kenneth Shelton
Frank G. Smith III
Theodore Stevenson III
Patrick N. Strawbridge
Richard S. Taffet
Amanda D.W. Tessar
Robert A. Van Nest
John M. Whealan

13-1625 - Ericsson, Inc. v. D-Link Systems, Inc. (-1631, -1632, -1633)
United States District Court for the Eastern District of Texas, Case No. 10-CV-0473